IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCES J. SMITH, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )     2:07-cv-681<br>) |
| v. | )<br>) |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

Pending before the Court are Proposed Amended Stipulated Protective Orders that were submitted by each party. (Document Nos. 105, 106). These submissions were made pursuant to the Memorandum Order dated December 11, 2008, which instructed counsel to meet and confer to develop an appropriate methodology for the production of documents in this case. Counsel were unable to reach agreement as to all terms of the amended Protective Order.

The Court has reviewed the proposals submitted by counsel for each party and notes the differences with respect to third-party discovery in ¶¶ 23 and 24. The Court concludes that the proposal submitted by Plaintiff (Document No. 106) is preferable and hereby adopts it as the Amended Stipulated Protective Order in this case.

SO ORDERED this 21st day of January, 2009.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Ellen M. Doyle, Esquire
Email: edoyle@stemberfeinstein.com
Joel R. Hurt, Esquire
Email: jhurt@stemberfeinstein.com

Colin E. Wrabley, Esquire
Email: cwrabley@reedsmith.com
Perry A. Napolitano, Esquire
Email: pnapolitano@reedsmith.com
Markham R. Leventhal, Esquire
Email: ml@jordenusa.com
Julianna Thomas McCabe, Esquire
Email: jt@jordenusa.com